IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3066 |
| vs. | |
| MUBANGA CHONGO-OFAFA, | ORDER |
| Defendant. | |

Defendant's retained counsel, Chinedu Igbokwe, has moved to withdraw due to conflict of interest. (Filing No. 27). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. Counsel has been appointed to represent the Defendant.

IT IS ORDERED:

1) Counsel's motion to withdraw, (Filing No. 27), is granted. Chinedu Igbokwe is hereby withdrawn as counsel.

2) The clerk shall delete Chinedu Igbokwe from any future ECF notifications herein.

Dated this 28th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge