IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3066 |
| vs. | |
| MUBANGA CHONGO-OFAFA, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of Joy A. Shiffermiller to withdraw as counsel of record for Defendant, (Filing No. 47), is granted.

2) Defendant's newly retained counsel, Jim K. McGough, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Joy A. Shiffermiller from any future ECF notifications herein.

4) The clerk shall terminate Filing No. 48: It is not a motion.

September 5, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge